Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:14CR012 (JRS)__, Case Name __U.S. v. MCDONNELL__
Party Represented by Applicant: __MAUREEN G. MCDONNELL__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __William Anthony Burck__
Bar Identification Number __4015426__   State __DC__
Firm Name __Quinn Emanuel Urquhart and Sullivan LLP.__
Firm Phone # __202-538-8000__   Direct Dial # __202-538-8120__   FAX # __202-538-8100__
E-Mail Address __williamburck@quinnemanuel.com__
Office Mailing Address __777 6th Street NW, 11th Floor, Washington, DC 20001__
Name(s) of federal court(s) in which I have been admitted __U.S. Supreme Court; Second Cir.; Southern Dist. of N.Y.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   Jan 22 2014 (Date)
Heather H. Martin (Typed or Printed Name)   65694 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)   (Date)