IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:14cr12 |
| ROBERT F. MCDONNELL and | ) | |
| MAUREEN G. MCDONNELL, | ) | |
| Defendants. | ) | |

**WITNESS LIST OF THE UNITED STATES**

1. Monica Block
2. Nanette Bolt
3. Amy Bridge
4. Patrizio Caturegli
5. Brenda Chamberlain
6. Todd Claiborne
7. John Clore
8. Matt Conrad
9. Dan Cook
10. Phil Cox
11. Frank Crantz
12. Jeffrey Creekmore
13. Jasen Eige
14. John Faessel
15. George Floyd
16. Jerri Fulkerson

17. Luz "Juliana" Mery Gomez De Pitts

18. William Goodwin

19. Ryan Greer

20. Special Agent Charles Hagan

21. Dr. William Hazel

22. Lisa Hicks-Thomas

23. Timothy Huff

24. Molly Huffstetler

25. Special Agent David Hulser

26. Kristen Kaplan

27. Janet Kelly

28. Martin Kent

29. Jerry Kilgore

30. Sharon Krueger

31. John Lazo

32. William Long

33. James "Doc" Lyons

34. Mark Sykes

35. Tucker Martin

36. Maureen McDonnell (formerly Uncapher)

37. Rachel McDonnell

38. Robert "Bobby" McDonnell

39. Sean McDonnell

40. Phil Owenby

41. Paul Perito

42. John Piscitelli

43. Frank Pollack

44. Emily Rabbitt

45. Sarah Scarbrough

46. William Sessoms

47. Robert Skunda

48. Mary Shea Sutherland

49. Barbara Tierney

50. Michael Uncapher

51. George Vetrovec

52. Alfred Walden

53. Pamelia Watts

54. Celeste Williams

55. Donnie Williams

56. Jonnie Williams, Sr.

57. Sara Wilson

58. Cailin McDonnell Young

59. Christopher Young

60. Adam Zubowsky

61. Jeanine McDonnell Zubowsky

|  |  |
|---|---|
|  | Respectfully submitted, |
| DANA J. BOENTE<br>United States Attorney | JACK SMITH<br>Chief, Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice |
| By: _____/s/_____<br>Michael S. Dry<br>Jessica D. Aber<br>Ryan S. Faulconer<br>Counsel for the United States<br>U.S. Attorney's Office<br>600 E. Main Street, Suite 1800<br>Richmond, VA 23219<br>Phone: 804-819-5400<br>Fax: 804-771-2316<br>Email: michael.s.dry@usdoj.gov<br>     jessica.d.aber@usdoj.gov<br>     ryan.faulconer2@usdoj.gov | By: _____/s/_____<br>David V. Harbach, II<br>Counsel for the United States<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>1400 New York Ave., N.W., Ste 12100<br>Washington, D.C. 20005<br>Phone: 202-514-1412<br>Fax: 202-514-3003<br>Email: david.harbach@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2014, a true and correct copy of the foregoing was delivered to all counsel of record via the Court's Electronic Filing System.

By:     /s/
Jessica D. Aber
Virginia Bar No. 72680
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: jessica.d.aber@usdoj.gov