UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT F. MCDONNELL,<br><br>and<br><br>MAUREEN G. MCDONNELL,<br><br>                     Defendants. | Action No. 3:14-CR-12 |

## ORDER

THIS MATTER is before the Court *sua sponte*. Upon due consideration and pursuant to *In re U.S. for an Order Pursuant to 18 U.S.C. Section 2703(D)*, 707 F.3d 283, 290 (4th Cir. 2013) and *In re Associated Press*, 172 F. App'x. 1, 3-5 (4th Cir. 2006), the Parties are DIRECTED to provide to the Clerk's Office of the United States District Court for the Eastern District of Virginia, Richmond Division in electronic format all documentary exhibits that have both been admitted into the public record and have been fully published to the jury. The Parties must make these documentary exhibits available to the Clerk's Office by 10:00 a.m. on the day after the exhibits have been fully published to the jury. The Clerk's Office will then make said exhibits accessible to the media.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

ENTERED this 29th day of July 2014.