IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA,

v.  Action No. 3:14-CR-12-JRS

ROBERT F. MCDONNELL, *et al.*,

Defendants.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig T. Merritt, of the firm CHRISTIAN & BARTON, LLP, 909 E. Main Street, Suite 1200, Richmond, Virginia, 23219, is hereby appearing as counsel of record for movant WP Company LLC, d/b/a *The Washington Post*, in the above-captioned matter.

Date: August 4, 2014.

Respectfully submitted,

WP COMPANY LLC

By Counsel

_____
Craig T. Merritt (VSB No. 20281)
David B. Lacy (VSB No. 71177)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:  (804) 697-4100
Fax:  (804) 697-4112
cmerritt@cblaw.com
dlacy@cblaw.com

*Counsel for The Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered by electronic mail this 4th day of August, 2014, to the following counsel of record:

Henry Winchester Asbill, Esquire
Charles Michael Carberry, Esquire
Hilary Keith Perkins, Esquire
James Mahoney Burnham, Esquire
Jonathan Andrew Berry, Esquire
Mary Ellen Powers, Esquire
Noel John Francisco, Esquire
Owen Thomas Conroy, Esquire
Ryan Dean Newman, Esquire
JONES DAY (DC-NA)
51 Louisiana Ave NW
Washington, DC 20001

hasbill@jonesday.com
carberry@jonesday.com
hperkins@jonesday.com
jmburnham@jonesday.com
jberry@jonesday.com
mepowers@jonesday.com
njfrancisco@jonesday.com
otconroy@jonesday.com
rnewman@jonesday.com

John Leslie Brownlee, Esquire
HOLLAND & KNIGHT LLP (DC)
800 17th Street, N.W., Suite 1100
Washington, DC 20006

john.brownlee@hklaw.com

Christopher Michael Iaquinto, Esquire
Daniel Ira Small, Esquire
HOLLAND & KNIGHT LLP (MA-NA)
10 St James Avenue
Boston, MA 02116

christopher.iaquinto@hklaw.com
daniel.small@hklaw.com

Michael Steven Dry, Esquire
David V. Harbach, II, Esquire
Jessica Diane Aber, Esquire
Richard D. Cooke, Esquire
UNITED STATES ATTORNEY'S OFFICE
(Richmond)
600 E Main St., 18th Floor
Richmond, VA 23219

michael.s.dry@usdoj.gov
david.harbach@usdoj.gov
Jessica.D.Aber@usdoj.gov
richard.cooke@usdoj.gov

Ryan Scott Faulconer, Esquire
UNITED STATES ATTORNEY'S OFFICE
(Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314

ryan.faulconer2@usdoj.gov

*Attorneys for the United States*

Elizabeth Newell Jochum, Esquire
Timothy James Taylor, Esquire
William Frederick Gould, Esquire
Holland & Knight LLP (McLean)
1600 Tysons Blvd, Suite 700
Tysons Corner, VA 22102

elizabeth.jochum@hklaw.com
timothy.taylor@hklaw.com
william.gould@hklaw.com

*Counsel for Robert F. McDonnell*

Heather Hansen Martin, Esquire
Kaiyeu Kevin Chu, Esquire
Stephen Michael Hauss, Esquire
William Anthony Burck, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th St NW, 11 Floor
Washington, DC 20001

heathermartin@quinnemanuel.com
kevinchu@quinnemanuel.com
stephenhauss@quinnemanuel.com
williamburck@quinnemanuel.com

Jaime Brett Wisegarver, Esquire

HIRSCHLER FLEISCHER PC
2100 E Cary St.
PO Box 500
Richmond, VA 23218-0500


jwisegarver@hf-law.com

*Counsel for Maureen G. McDonnell*

_____
Craig T. Merritt (VSB No. 20281)
cmerritt@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
#1619298